UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY A. BECKERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:15CV209 SNLJ |
| | ) | |
| BRANDY L. HICKEY, et al., | ) | |
| | ) | |
| Defendants, | ) | |

**MEMORANDUM AND ORDER**

Upon review of plaintiff's amended complaint, the Court finds that it withstands review under 28 U.S.C. § 1915(e). Therefore, the Court will direct the Clerk to serve process on the complaint. However, the Court cannot issue process on defendant Jason Unknown because his name is incomplete. So, the Court will order plaintiff to provide the full name for this defendant.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to serve process on all defendants except for Jason Unknown.

**IT IS FURTHER ORDERED** that plaintiff must inform the Court of Jason Unknown's full name within twenty-one days of the date of this Order.

Dated this 4th day of January, 2016.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE